UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| Case No. | LA CV21-00838 JAK (AFMx) | Date | April 22, 2021 |
|---|---|---|---|
| Title | Monica Williams v. Melton Truck Lines, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Joseph Remigio | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF OKLAHOMA (DKT. 11)**

On March 19, 2021, Defendant Melton Truck Lines, Inc. filed a Motion to Transfer to the Northern District of Oklahoma. Dkt. 11 (the "Motion"). On April 22, 2021, Plaintiff Monica Williams filed a "Notice of No Opposition to Defendant's Motion to Transfer." Dkt. 19 (the "Notice"). The Notice states, "Plaintiff Monica Williams hereby notifies the Court that she does not oppose Defendant's motion to transfer this action to the Northern District of Oklahoma." *Id.* Accordingly, the Motion is **GRANTED**. Pursuant to 28 U.S.C. § 1404(a), this action is hereby transferred to the Northern District of Oklahoma.

**IT IS SO ORDERED.**

  :  

Initials of Preparer   jre